# Court of Appeals
# of the State of Georgia

ATLANTA, __May 01, 2013__

*The Court of Appeals hereby passes the following order:*

**A13D0310. GOTTFRIED A. KAPPELMEIER v. PDQ PROPERTY MANAGEMENT, INC., et al.**

Gottfried A. Kappelmeier filed a document that he calls an "Application for Leave to Appeal," but which he labeled with the case number A13A1371, a direct appeal currently pending before this court. In deference to Kappelmeier's pro se status, see *Bennett v. Moody*, 225 Ga. App. 95, 96 (483 SE2d 350) (1997) (court considered appellant's brief, which failed to follow the court rules, in deference to appellant's pro se status), the clerk of this court has docketed the document as both an application for discretionary appeal from the trial court's order of November 7, 2012, denying his motion to recuse, and as his appellate brief in his direct appeal from the same order.

To the extent the document is an application for discretionary appeal, it is untimely. Kappelmeier filed his application on April 5, 2013, almost five months after the entry of the order he seeks to appeal. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, this application for discretionary appeal is hereby **DISMISSED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/01/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*